SCANNED at WVCF and Emailed on
12-30-22 by SG - 13 pages.
(date)   (initials)   (num)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

FILED
12/30/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

___KEVIN ALVEY___,
           Plaintiff,

vs.

___TARA ALVEY_____,
           Defendant,

(Enter above the full name of the
Defendant(s) in this action.)

Case No.: 2:22-cv-00593-JPH-MJD
(TO BE SUPPLIED BY THE CLERK)

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:

    Name  KEVIN ALVEY

    Identification Number 281805

    Address P.O. BOX 1111

    CARLISLE IN 47838

B. Defendant(s)

    Name  TARA ALVEY

    Title _____

    Address 3940 NADROFF ROAD

    GREENVILLE IN 47124

    Name _____

    Title _____

    Address _____

    _____

Name _____

Title _____

Address _____

_____

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II. STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because Kevin and Tara Alvey got a divorce on 2-27-20 where Tara frauded Kevin out of all the marital property _____

_____

_____

_____

_____

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

_____

_____

_____

_____

## IV. CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences what the defendant(s) did to violate your rights in that regard. If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

Ground 1: Tara defrauded Kevin out of all the marital property by taking it or selling it _____

_____
_____
_____
_____

Ground 2: _____

_____
_____
_____
_____

Ground 3: _____

_____
_____
_____
_____

(Identify additional grounds on a separate sheet of paper)

### V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

Tara told the court during the divorce that there was no marital property when there was a lot that needed to be spit up but Tara saw fit to keep and sell everything and not give Kevin any of the profits Mr. Alvey has figured up that there was some $140500 that should have been split up between the two of them

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

To get my share of the personal property or the money

## AFFIRMATION OF PLAINTIFF

    I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this ___30___ day of December, 2022

                                                              Plaintiff