UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KEVIN ALVEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-00593-JPH-MJD ) |
| TARA ALVEY, | ) ) |
| Defendant. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff. This action is dismissed without prejudice.

Date: 2/15/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____*Pam Pope*_____
Deputy Clerk, U.S. District Court

Distribution:

KEVIN ALVEY
P.O BOX 1111
CARLISLE, IN 47838